The relief described hereinbelow is SO ORDERED.

Signed February 05, 2014.

_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-60996 |
| | § | |
| VALERIE DAWN COCKE | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
(Capital One, N.A./Best Buy)

Before the Court is the Debtor's Motion to Redeem Personal Property from

Capital One, N.A./Best Buy (the "Motion"). The Debtor served this creditor with a copy

of the Motion. However, the creditor did not file a response in opposition to the

Motion. Pursuant to 11 U.S.C. §722, the Debtor seeks to redeem a TV, an Iphonre and a

Laptop (the "Electronics") purchased at Best Buy and financed through Capital One,

N.A. by paying to Capital One, N.A. the value of the Electronics, which the Debtor

asserts in her affidavit are now worth $200.00.  This Motion has merit and should be

granted.  It is therefore

ORDERED, that the Electronics, which are the subject of the Motion, may be

redeemed by Debtor for the sum of $200.00 as long as the Debtor pays this amount to

Capital One, N.A. within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.


By: _____

Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTOR

F:\Server Documents\4 Archive 3001-3300\3257 Cocke Valerie\Order Granting Motion to Redeem Capital One Best Buy.wpd